THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUISA WAGNER, Appellant, *v.* JAMES J. HAGAN, Warden of the City Prison of the City of New York, Respondent.

*People ex rel. Wagner* v. *Hagan,* 52 App. Div. 387, affirmed
(Argued November 13, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 9, 1900, affirming an order of Special Term dismissing a writ of habeas corpus directed to the defendant as warden of the City Prison of the city of New York.

*Nathaniel Cohen* for appellant.

*Charles E. Le Barbier* for respondent

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.